BENJAMIN SPIELMAN, as Administrator, etc., of MYRNA SPIELMAN, Deceased, Respondent, v. SAMUEL FIELDS, Appellant.— The defendant appeals from a judgment against him, entered on the verdict of a jury, in an action to recover damages for the death of an infant girl as the result of being struck by his automobile. Judgment unanimously affirmed, with costs, under section 106 of the Civil Practice Act. It was error to exclude the report to the Motor Vehicle Bureau but a substantial right of the defendant was not thereby affected. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.